# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-3009**                           **September Term, 2025**

**1:26-cr-00001-AHA-1**

**Filed On: February 5, 2026** [2157688]

United States of America,

         Appellee

    v.

Brian Cole, Jr.,

         Appellant

## O R D E R

It appearing that this case falls within the purview of Fed. R. App. P. 9(a) and D.C. Cir. Rule 9(a), it is, on the court's own motion,

**ORDERED** that the parties and Court Reporter(s) adhere to the following schedule:

| | |
|---|---|
| Completion of Underlying Transcripts | February 17, 2026 |
| Appellant's Memorandum of Law and Fact | February 25, 2026 |
| Appellee's Memorandum of Law and Fact | March 9, 2026 |
| Appellant's Reply Memorandum of Law and Fact | March 16, 2026 |

The parties are directed to hand-file the paper copies of their pleadings.

The Clerk is directed to send a copy of this order to Court Reporter(s): Sonja Reeves and FTR Gold Reporting to expedite preparation of the transcripts.

                                               **FOR THE COURT:**
                                               Clifton B. Cislak, Clerk

                          BY:      /s/
                                        Laura M. Morgan
                                        Deputy Clerk