# United States Court of Appeals
**For The District of Columbia Circuit**
_____

**No. 26-3009**  **September Term, 2025**

1:26-cr-00001-AHA-1

**Filed On: March 2, 2026** [2161589]

United States of America,

    Appellee

  v.

Brian Cole, Jr.,

    Appellant

## O R D E R

It is **ORDERED**, on the court's own motion, that the schedule for memoranda of law and fact entered on February 5, 2026, be suspended pending further order of the court.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Louis Karl Fisher
Deputy Clerk