**United States Court of Appeals**
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 26-3009**                                       **September Term, 2025**

1:26-cr-00001-AHA-1

**Filed On:** March 9, 2026

United States of America,

   Appellee

  v.

Brian Cole, Jr.,

   Appellant

  **BEFORE:** Wilkins, Katsas, and Rao, Circuit Judges

**O R D E R**

  Upon consideration of the lodged submission styled as appellant's brief and memorandum of law and fact; and appellant's motion for clarification or, in the alternative, for leave to file a substitute memorandum of law and fact, it is

  **ORDERED** that the motion for clarification be denied, and that appellant's alternative request for leave to file a substitute memorandum of law and fact be granted. Appellant may file a substitute memorandum of law and fact, not to exceed 7,800 words, by March 11, 2026. It is

  **FURTHER ORDERED**, on the court's own motion, that the following schedule and format will now apply for the remaining memoranda of law and fact:

| | |
|---|---|
| Appellee's Memorandum of Law and Fact<br>(not to exceed 7,800 words) | March 23, 2026 |
| Appellant's Reply Memorandum of Law and Fact<br>(not to exceed 3,900 words) | March 30, 2026 |

**Per Curiam**

FOR THE COURT:
Clifton B. Cislak, Clerk

BY: /s/
   Selena R. Gancasz
   Deputy Clerk
